UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael E. Farbiarz |
| v. | : | |
| | : | Crim. No. 24-99 (MEF) |
| RAHEEL NAVIWALA | : | |

**VERDICT FORM**

**COUNT ONE**
(18 U.S.C. § 1349)

With respect to Count One, which charges Defendant Raheel Naviwala with conspiracy to commit health care fraud and wire fraud, from in or around February 2017 through in or around April 2019, we the jury, unanimously, find Raheel Naviwala:

NOT GUILTY _____        GUILTY ___✓___

*If your verdict is not guilty as to Count One, proceed to the next count.*

*If your verdict is guilty as to Count One, please answer the following:*

We, the unanimous jury, find that Defendant Raheel Naviwala conspired to commit the following:

Health Care Fraud:

NOT PROVEN _____        PROVEN ___✓___

Wire Fraud:

NOT PROVEN _____        PROVEN ___✓___

1

## COUNT TWO
(18 U.S.C. § 1347 and § 2)

With respect to Count Two, which charges Defendant Raheel Naviwala with health care fraud on or about February 28, 2019, we the jury, unanimously, find Raheel Naviwala:

NOT GUILTY _____         GUILTY ✓

## COUNT THREE
(18 U.S.C. § 1347 and § 2)

With respect to Count Three, which charges Defendant Raheel Naviwala with health care fraud on or about March 18, 2019, we the jury, unanimously, find Raheel Naviwala:

NOT GUILTY ✓         GUILTY _____

## COUNT FOUR
(18 U.S.C. § 1347 and § 2)

With respect to Count Four, which charges Defendant Raheel Naviwala with health care fraud on or about February 28, 2019, we the jury, unanimously, find Raheel Naviwala:

NOT GUILTY ✓         GUILTY _____

## COUNT FIVE
(18 U.S.C. § 371)

With respect to Count Five, which charges Defendant Raheel Naviwala with conspiracy to violate the federal Anti-Kickback Statute from in or around February 2017 through in or around April 2019, we the jury, unanimously, find Raheel Naviwala:

NOT GUILTY _____         GUILTY ✓

*If your verdict is not guilty as to Count Five, proceed to the next count.*

*If your verdict is guilty as to Count Five, please answer the following:*

2

We, the unanimous jury, find that Defendant Raheel Naviwala conspired to commit the following:

Solicit and Receive Remuneration:

NOT PROVEN _____     PROVEN \_\_✓_____

Offer and Pay Remuneration:

NOT PROVEN _____     PROVEN \_\_✓_____

### COUNT SIX
(42 U.S.C. § 1320a-7b(b)(1)(A) and 18 U.S.C. § 2)

With respect to Count Six, which charges Defendant Raheel Naviwala with violating the Anti-Kickback Statute on or about February 21, 2019, we the jury, unanimously, find Raheel Naviwala:

NOT GUILTY _____     GUILTY \_\_✓_____

### COUNT SEVEN
(42 U.S.C. § 1320a-7b(b)(1)(A) and 18 U.S.C. § 2)

With respect to Count Seven, which charges Defendant Raheel Naviwala with violating the Anti-Kickback Statute on or about March 12, 2019, we the jury, unanimously, find Raheel Naviwala:

NOT GUILTY _____     GUILTY \_\_✓_____

**COUNT EIGHT**
(42 U.S.C. § 1320a-7b(b)(1)(A) and 18 U.S.C. § 2)

With respect to Count Eight, which charges Defendant Raheel Naviwala with violating the Anti-Kickback Statute on or about March 12, 2019, we the jury, unanimously, find Raheel Naviwala:

NOT GUILTY _____    GUILTY ✓_____

Date: 2/28/2025

4