UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 24-99 (MEF) |
| v. | ORDER AMENDING CONDITIONS OF RELEASE |
| RAHEEL NAVIWALA | |

This matter having come before the Court on Government's Motion to Modify Conditions of Release, and Defendant Raheel Naviwala having opposed, it is,

For the reasons set forth on the record and other good cause shown,

IT IS on this 28th day of February, 2025, ORDERED that:

1. The Government's Motion to Modify Conditions of Release is GRANTED.

2. Defendant's Conditions of Release, ECF No. 9, shall be amended to vacate the previously imposed $150,000 unsecured appearance bond and to include securing a $1 million fully secured appearance bond signed by Defendant and another individual approved by Pretrial Services by 11 AM on March 7, 2025.

3. Defendant shall be placed on 24-hour home confinement at a residence approved by Pretrial Services, except for medical necessities, religious services, consultations with his criminal defense lawyers, court appearances, emergent childcare obligations, and other activities specifically approved by the Court.

4. Defendant shall be placed on an ankle location monitoring effective February 28, 2025.

5. All other conditions remain in full force and effect.

_____
HONORABLE MICHAEL E. FARBIARZ
United States District Judge