# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-0099 |
| v. | (Chief Judge Brann)* |
| RAHEEL NAVIWALA, | |
| Defendant. | |

# ORDER

**DECEMBER 19, 2025**

Pursuant to the status conference held this date, **IT IS HEREBY ORDERED** that:

1. The Stay entered in this matter (Doc. 250) is **LIFTED**;

2. The Government shall respond to the Defendant's Motion to Dismiss and Disqualify (Doc. 269) by no later than **5:00 p.m. on Tuesday, December 30, 2025**;

3. The Defendant's Reply shall be due no later than **5:00 p.m. on Tuesday, January 13, 2026**; and

4. The Parties may request to submit briefs in excess of the page limitations in a consent motion if desired.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for the
Middle District of Pennsylvania
Specially Presiding

---

\* The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.