# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-00099 |
| v. | (Chief Judge Brann)[*] |
| RAHEEL NAVIWALA, | |
| Defendant. | |

## ORDER

### DECEMBER 22, 2025

**IT IS HEREBY ORDERED** that:

1. For the purposes of the motion to dismiss and disqualify (Doc. 269), this matter is **CONSOLIDATED** with *United States v. Torres*, 2:24-CR-0378 (D.N.J.);

2. The Government may submit a single, omnibus brief opposing the motions in these consolidated cases;

3. The Court would prefer that the Defendants in these consolidated cases submit a single omnibus brief in reply—Defendants may continue to submit separate briefs, but any independent briefing should be entirely nonduplicative; and

---

[*] The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

4. The parties may request to submit briefs in excess of the page limitations in a consent motion if desired.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding