IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-00099 |
| v. | (Chief Judge Brann)* |
| RAHEEL NAVIWALA, | |
| Defendant. | |

## ORDER

**AND NOW**, this 30th day of December 2025, **IT IS HEREBY ORDERED** that:

1. The Government shall respond to the Defendant's Omnibus Motion to Dismiss and Disqualify (Doc. 281) by no later than **5:00 p.m. on Friday, January 2, 2026**; and

2. The Defendant's Reply shall be due no later than **5:00 p.m. on Tuesday, January 13, 2026**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for the
Middle District of Pennsylvania
Specially Presiding

---

\*   The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.