IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>              Plaintiff, <br><br>v. <br><br>RAHEEL NAVIWALA, <br><br>              Defendant. <br><br>UNITED STATES OF AMERICA, <br><br>              Plaintiff, <br><br>v. <br><br>DANIEL TORRES, <br><br>              Defendant. | CASE NOS.  2:24-CR-99, <br>                      2:24-CR-0378 |

## **ORDER**

**THIS MATTER**, having been brought before the Court by Doug Passon, Esq., and Rahul Agarwal, Esq., on behalf of the Defendant Raheel Naviwala; and Jason LeBoeuf, Esq., on behalf of the Defendant Daniel Torres, for an Order granting Defendant's "Defendant's Omnibus Motion to Dismiss Superseding Indictment with Prejudice and Disqualify Counsel," and having heard the arguments of counsel and for good cause shown, it is:

**ORDERED**, on this 8th day of January 2026, that Defendant's motion is GRANTED; and it is further

**ORDERED** that Defendants may file their consolidated, omnibus reply no later than Saturday, January 17, 2026 of no greater than 30 pages.

IT IS SO ORDERED.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for the Middle
District of Pennsylvania
Specially Presiding