**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-00099 |
| v. | (Chief Judge Brann)* |
| RAHEEL NAVIWALA, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:24-CR-00378 |
| v. | (Chief Judge Brann) |
| DANIEL TORRES, | |
| Defendant. | |

**ORDER**

**AND NOW**, this 8th day of January 2026, **IT IS HEREBY ORDERED** that:

1.  The Court will hold a telephonic status conference on **January 9, 2026, at 12:45 p.m.**

2.  Counsel for Government shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3.  The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for the
Middle District of Pennsylvania
Specially Presiding

---

* The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.