

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*970 Broad Street, 7th floor*　　　　　　　　　　　　　973-645-2700
*Newark, New Jersey 07102*

January 8, 2026

Hon. Matthew W. Brann
Chief United States District Judge
U.S. Courthouse and Federal Office Building
240 West Third Street
Williamsport, PA 17701

      Re:   *United States v. Raheel Naviwala*, Crim. No. 24-099
              *United States v. Daniel Torres*, Crim. No. 24-378

Dear Chief Judge Brann:

      The Government does not oppose the ACDL-NJ's belated application for leave to file an amicus brief. But the Government respectfully requests that the amicus brief be limited to 15 pages in formatting that complies with Local Civil Rule 7.2. The Government further respectfully requests at least three business days to file a sur-reply subject to the same length and formatting requirements the Court imposes for the amicus brief. In making these requests, the Government notes it never argued, even implicitly, that New Jersey's criminal defense bar has consented to the USAO-NJ's current supervisory structure. In addition, Judge Farbiarz's case management orders, which are not before the Court, are proper under Rule 12. *See United States v. Sok*, 259–61 (3d Cir. 2024). Unless an authority challenge is timely raised before trial, the claim is foreclosed absent a showing of good cause. *See, e.g., United States v. Suescun*, 237 F.3d 1284, 1288 (11th Cir. 2001). And waiting for favorable legal developments does not constitute good cause. *See United States v. Desu*, 23 F.4th 224, 232 (3d Cir. 2022). In any event, defendants with questions about what Judge Farbiarz's orders mean for their cases can ask him for clarification rather than "appeal" them to this Court through the ACDL-NJ.

      The Government thanks the Court for its consideration.

                                        Respectfully submitted,

                                        TODD BLANCHE
                                        U.S. DEPUTY ATTORNEY GENERAL

                                        PHILIP LAMPARELLO
                                        SENIOR COUNSEL

                                          */s/ Mark E. Coyne*
                                        Mark E. Coyne
                                        Supervisory Assistant U.S. Attorney
                                        Chief, Appeals Division

- 2 -

cc: Counsel of Record (via ECF)