# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF NEW JERSEY

## Minute Sheet for Proceeding Held before the
## Honorable Matthew W. Brann, specially presiding

| | |
|---|---|
| **Nos.** | 2:24-CR-0099; 2:24-CR-0378 |
| **Cases** | *United States v. Naviwala*; *United States v. Torres* |
| **Date** | January 23, 2026 |
| **Time** | 1:55 p.m. – 5:10 p.m. |
| **Re:** | Oral Argument-Omnibus Motion to Dismiss Indictment and Disqualify Counsel |
| **Prosecution Counsel:** | Mark Coyne, AUSA |
| **Defense Counsel:** | Douglas Passon, Esq.; Rahul Agarwal, Esq.; Jason LeBeouf, Esq Joshua C. Gillette, Esq. |

Court held Oral Argument on the Omnibus Motion to Dismiss Indictment and Disqualify Counsel (ECF [281]).

Supplemental Briefing, maximum of 20 pages, by Close of Business February 4, 2026.

Order to Follow.

*Kimberly Darling*
Kimberly Darling, Deputy Clerk