**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-00099 |
| v. | (Chief Judge Brann)* |
| RAHEEL NAVIWALA, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:24-CR-00378 |
| v. | (Chief Judge Brann) |
| DANIEL TORRES, | |
| Defendant. | |

**ORDER**

**JANUARY 26, 2026**

In accordance with the oral argument in these matters held on Friday, January 23, 2026, **IT IS HEREBY ORDERED** that the parties shall simultaneously submit supplemental briefing of no more than **TWENTY PAGES** by no later than **5:00 p.m. on Wednesday, February 4, 2026**.[1]

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

\*   The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

[1]   The Court prefers that Defendants submit a combined brief. If they prefer to brief independently, their briefing may not exceed twenty pages in aggregate. Amicus shall not submit a supplemental brief.