IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-00099 |
| v. | (Chief Judge Brann)[*] |
| RAHEEL NAVIWALA, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:24-CR-00378 |
| v. | (Chief Judge Brann)[*] |
| DANIEL TORRES, | |
| Defendant. | |

**ORDER**

**JANUARY 28, 2026**

Based on the Court's continued research, **IT IS HEREBY ORDERED** that:

1. The Government shall identify the source of the appropriations that have funded and will continue to fund litigation occurring in the District of New Jersey while led by the "triumvirate" in a sworn affidavit by no later than **5:00 p.m. on Friday, January 30, 2026**;[1]

---

[*] The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

[*] The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

[1] Specifically, the affidavit should address whether the leadership, Assistant United States Attorneys, and other Department of Justice staff operating in the District of New Jersey were compensated using appropriations earmarked for "necessary expenses of the Offices of the United States Attorneys," or "expenses necessary for the legal activities of the Department of Justice" in the Consolidated Appropriations Act of 2024, Pub. L. No. 117-42, § 6, div. C, tit. II, 138 Stat. 25, 134-35 (2024), as extended in the Continuing Appropriations Act of 2025,

2. The parties shall address the legal significance of such source in their supplemental briefs;

3. To account for this additional fact-finding, the deadline for the submission of supplemental briefs is extended to no later than **5:00 p.m. on Friday, February 6, 2026**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

Pub. L. No. 118-83, § 3, div. A, 138 Stat. 1524, 1525 (2024), the Full-Year Continuing Appropriations and Extensions Act of 2025, Pub. L. No. 119-4, § 3, div. A, tit. I, § 1101(a)(2), 139 Stat. 9, 10-11, (2025), the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act of 2026, Pub. L. No. 119-37, § 5, div. A, § 101, 139 Stat. 495, 496 (2025), and the Commerce, Justice, Science; Energy and Water Development; and Interior and Environment Appropriations Act of 2026, Pub. L. No. 119-74 (2026) (*see* H.R. 6938, § 5, div. A, tit. II (enacted Jan. 23, 2026)).