

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*970 Broad Street, 7th floor*      *973-645-2700*
*Newark, New Jersey 07102*

January 30, 2026

Hon. Matthew W. Brann
Chief United States District Judge
U.S. Courthouse and Federal Office Building
240 West Third Street
Williamsport, PA 17701

     Re:   *United States v. Raheel Naviwala*, Crim. No. 24-099
            *United States v. Daniel Torres*, Crim. No. 24-378

Dear Chief Judge Brann:

     I attach a sworn declaration containing the information this Court directed the Government to provide in its January 28, 2026 orders. The Government thanks the Court for its consideration.

                              Respectfully submitted,

                              TODD BLANCHE
                              U.S. DEPUTY ATTORNEY GENERAL

                              PHILIP LAMPARELLO
                              SENIOR COUNSEL

                              */s/ Mark E. Coyne*
                              Mark E. Coyne
                              Supervisory Assistant U.S. Attorney
                              Chief, Appeals Division

cc:   Counsel of Record (via ECF)