IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RAHEEL NAVIWALA,<br><br>                Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DANIEL TORRES,<br><br>                Defendant.. | CASE NOS. 2:24-CR-99,<br>2:24-CR-0378 |

**ORDER**

**THIS MATTER**, having been brought before the Court by Doug Passon, Esq., and Rahul Agarwal, Esq., on behalf of Defendant Raheel Naviwala; and Jason LeBoeuf, Esq., on behalf of Defendant Daniel Torres, for an Order granting "Defendants' Unopposed Motion to Extend Filing Deadline," and having heard the arguments of counsel and for good cause shown, it is:

**ORDERED**, on this 5th day of February 2026, that Defendants' motion is GRANTED; and it is further

**ORDERED** that Consolidated Supplemental Briefs shall be filed by 5:00 p.m. Monday, February 9, 2026.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for the Middle District of Pennsylvania
Specially Presiding