

**RAHUL AGARWAL**
ragarwal@fklaw.com
212.833.1132

February 5, 2026

<u>BY ECF</u>

The Honorable Stacey D. Adams
United States Magistrate Judge
District of New Jersey
Frank R. Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

          Re:    <u>United States v. Raheel Naviwala</u>, Cr. No. 24-99 (MEF)

Dear Judge Adams:

     I represent defendant Raheel Naviwala. I enclose a draft order for the Court's consideration seeking to temporarily modify Mr. Naviwala's bail conditions to permit him to attend his mosque on a nightly basis during the month of Ramadan. The Government and Pretrial Services have both consented to this temporary modification.

     I am available, at the Court's convenience, to answer any questions.

                    Respectfully submitted,

                    <u>s/Rahul Agarwal</u>

                    Rahul Agarwal

cc: All Counsel (via ECF)
    Kelly Fernandes, Pretrial Services (via email)