# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
                                                               :
UNITED STATES OF AMERICA,           :  Crim. No. 24-99 (MEF)
                                                               :
       v.                             :  <u>CONSENT ORDER MODIFYING</u>
                                                               :  <u>CONDITIONS OF RELEASE</u>
RAHEEL NAVIWALA                     :
                                                               :
---------------------------------------------------------------x

This matter having come before the Court on the application of defendant Raheel Naviwala (by Rahul Agarwal, Esq.) to temporarily modify Mr. Naviwala's bail conditions to allow him to attend nightly services at his mosque during the month of Ramadan, and the United States Attorney for the District of New Jersey (by Aaron Webman and Matt Specht, Assistant United States Attorneys) consenting; and for good cause shown;

**IT IS HEREBY ORDERED**, on this 6th day of February, 2026, that:

1) From February 17, 2026 through March 21, 2026, inclusive, Mr. Naviwala may attend his mosque every night, at times to be approved by pretrial services; and

2) All other conditions of release remain unchanged.

                                                                      Hon. Stacey D. Adams
                                                                        United States Magistrate Judge

4907-2236-7885.1