IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-0099 |
| v. | (Chief Judge Brann)* |
| RAHEEL NAVIWALA, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:24-CR-0378 |
| v. | (Chief Judge Brann)* |
| DANIEL TORRES, | |
| Defendant. | |

## ORDER

**FEBRUARY 10, 2026**

Defendants have requested three additional pages of supplemental briefing to address the issues raised by the Court in its Order of January 28, 2026.[1] The Government consents to the request and does not seek additional pages of its own. Accordingly, **IT IS HEREBY ORDERED** that Defendants shall submit no more than three additional pages of briefing addressing only the issues raised in the January 28th Order by no later than **5:00 p.m. today, February 10, 2026**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for the
Middle District of Pennsylvania
Specially Presiding

---

\*   The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.
1   Naviwala Doc. 309 at 20; *see* Naviwala Doc. 303.