IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RAHEEL NAVIWALA,<br><br>                Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DANIEL TORRES,<br><br>                Defendant.. | CASE NOS.  2:24-CR-99,<br>                   2:24-CR-0378 |

## ORDER

**THIS MATTER**, having been brought before the Court by Doug Passon, Esq., and Rahul Agarwal, Esq., on behalf of Defendant Raheel Naviwala; and Jason LeBoeuf, Esq., on behalf of Defendant Daniel Torres, for an Order granting leave for the parties to file a supplemental brief, and having heard the arguments of counsel and for good cause shown, it is:

**ORDERED**, on this 26th day of February 2026, that Defendants' motion is GRANTED; and it is further

**ORDERED** that Defendants may file a single supplemental brief of no greater than 10 pages in length limited to the application of the Major Questions Doctrine with respect to whether the Government has any authority to delegate the duties and powers of a U.S. Attorney while that office is and remains vacant. The Government may also file a single supplemental brief of no greater than 10 pages addressing the same issue. Briefing is not mandatory. Any briefs shall be filed by 5:00 p.m. Wednesday, March 4, 2026.

    IT IS SO ORDERED.

                                                      *s/ Matthew W. Brann*
                                                      Matthew W. Brann
                                                      Chief United States District Judge for
                                                      the Middle District of Pennsylvania
                                                      Specially Presiding