

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*970 Broad Street, 7ᵗʰ floor*          *973-645-2700*
*Newark, New Jersey 07102*

March 23, 2026

Hon. Matthew W. Brann
Chief United States District Judge
U.S. Courthouse and Federal Office Building
240 West Third Street
Williamsport, PA 17701

      Re:    *United States v. Raheel Naviwala*, Crim. No. 24-099
              *United States v. Daniel Torres*, Crim. No. 24-378

Dear Chief Judge Brann:

I write to notify the Court and opposing counsel that, exercising its authority under 28 U.S.C. § 546(d), the District Court has appointed Robert Frazer as the United States Attorney for the District of New Jersey. Mr. Frazer has served in the Office with distinction for more than two decades, most recently as a Senior Trial Counsel. Furthermore, his appointment as United States Attorney followed consultations between the District Court and the Department of Justice's senior leadership—consultations the Government had represented to the Court the Administration was willing to pursue. *See* Jan. 23, 2026 Tr. at 18, 26–27.

Accordingly, the Government respectfully requests that the Court stay the deadline for the Government's supplemental brief in *Torres*. Mr. Frazer's appointment as United States Attorney should remove any doubt whether the Office's Assistant and Special Assistant U.S. Attorneys can continue "doing their important work." *United States v. Naviwala*, __ F. Supp. 3d __, 2026 WL 658885, at *5 n.48 (D.N.J. 2026). And the Government is prepared to seek superseding indictments in *Torres* and similarly situated cases under Mr. Frazer's authority, which should moot the authority-based challenges to those charging instruments.

The Government thanks the Court for its consideration.

           Respectfully submitted,

           ROBERT FRAZER
           UNITED STATES ATTORNEY

           Mark E. Coyne
           Supervisory Assistant U.S. Attorney
           Chief, Appeals Division

- 2 -

cc:      Counsel of Record (via ECF)