**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-00099 |
| v. | (Chief Judge Brann)[*] |
| RAHEEL NAVIWALA, | |
| Defendant. | |

**ORDER**

**MARCH 30, 2026**

Defendant Raheel Naviwala indicates that he wishes to challenge the 28 U.S.C. § 546(d) appointment of United States Attorney Robert Frazer.[1] Based on my prior research and opinions, I believe that this motion can and should be resolved expeditiously. Accordingly, **IT IS HEREBY ORDERED** that:

1. Naviwala's motion of no more than **20 pages** shall be filed by no later than **5:00 p.m. on Friday, April 3, 2026**;

2. The Government's opposition shall be no more than **20 pages** and filed by no later than **5:00 p.m. on Friday, April 10, 2026**;

3. Naviwala's reply shall be no more than **10 pages** and filed by no later than **5:00 p.m. on Tuesday, April 14, 2026**;

---

[*]    The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

[1]    Doc. 321 (Joint Status Report).

4.    No page or deadline extensions will be granted except for compelling cause shown; and

5.    If the motion is decided in the Government's favor, the parties should be prepared for immediate retransfer of this case for resolution of post-trial motions and sentencing.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding