**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-00099 |
| v. | (Chief Judge Brann)* |
| RAHEEL NAVIWALA, | |
| Defendant. | |

## ORDER

### APRIL 16, 2026

For the reasons stated in the accompanying Memorandum Opinion, **IT IS**

**HEREBY ORDERED** that:

1.  Naviwala's second motion to dismiss and disqualify (Doc. 323) is

    **DENIED**; and

2.  This matter is **TRANSFERRED** back to the Honorable Michael E.

    Farbiarz.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

\*    The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.