IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAHEEL NAVIWALA,<br><br>        Defendant. | CASE NO.  2:24-CR-99<br><br><br>**NOTICE OF APPEAL** |

Defendant Raheel Naviwala hereby appeals the Order of the District Court, ECF No. 326, entered on April 16, 2026. This order is immediately appealable under 28 U.S.C. § 1291 pursuant to the collateral order doctrine. *See United States v. Giraud*, 160 F.4th 390, 396 (3d Cir. 2025); *United States v. Whitaker*, 268 F.3d 185, 191-93 (3d Cir. 2001).

DOUG PASSON

/s/ Doug Passon
Doug Passon
Law Offices of Doug Passon, PC
10565 N. 114th St., Suite 101
Scottsdale, AZ 85259
Telephone: 480.448.0086
Email: doug@dougpassonlaw.com

***Attorney for Defendant Raheel Naviwala***