

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

970 Broad Street, 7th floor                             973-645-2700
Newark, New Jersey 07102

April 17, 2026

**VIA ECF**
Hon. Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office
     & U.S. Courthouse
Newark, New Jersey 07102

    Re:    *United States v. Raheel Naviwala*, Crim. No. 24-99 (MEF)

Dear Judge Farbiarz:

    The United States respectfully asks the Court to set sentencing in this matter as soon as practicable. The United States submitted its sentencing memorandum on September 11, 2025, *see* ECF No. 247, and the Defendant has previously complained about the delay in these proceedings, *see, e.g.*, ECF No. 257 at 14. Though the Defendant has filed notice of his intention to appeal the orders denying his motion to dismiss and disqualify and reassigning the case to this Court, ECF No. 328, the United States expects that such an appeal will be dismissed because orders denying motions to dismiss indictments "are unreviewable interlocutory orders[.]" *United States v. Giraud*, 160 F.4th 390, 396 n.2 (3d Cir. 2025); *see also United States v. Naviwala*, No. 26-1896 (3d Cir. Apr. 17, 2026) Dkt. No. 4 ("As the underlying District Court case is still ongoing, the order on appeal may not be appealable by the defendant at this time."). The United States can be available for sentencing as soon as the Court is ready to proceed.

                    Respectfully submitted,

                    ROBERT FRAZER
                    United States Attorney

                    *s/ Aaron L. Webman*
      By:   Elaine K. Lou
           Matthew Specht
           Aaron L. Webman
           Assistant U.S. Attorneys

cc:    Counsel of Record (via ECF)