

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*                    *973-297-2074*
*Newark, New Jersey 07102*

April 17, 2026

**VIA ECF**

Hon. Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office
      & U.S. Courthouse
Newark, New Jersey 07102

        Re:    *United States v. Naviwala*
               Crim. No. 24-99

Dear Judge Farbiarz:

The United States filed its sentencing memorandum (the "Memorandum") in this case on September 11, 2025. The United States writes now to remove any doubt about the validity of that Memorandum.

In his April 16, 2026 opinion denying Naviwala's second motion to dismiss the Superseding Indictment and disqualify government counsel, Chief Judge Matthew W. Brann indicated that ratification by a "lawfully appointed official" would "remedy a defect arising from the decision of an improperly appointed predecessor." ECF No. 327 at 14-15 (quoting *Kajmowicz v. Whitaker*, 42 F.4th 138, 147 (3d Cir. 2022) (cleaned up). According to Chief Judge Brann, "[a]ny non-authority filings from [July 1, 2025, and March 23, 2026] can be cured by independent review and approval by Mr. Frazer or his delegee." *Id.* at 15.

A ratifying official must "(1) at the time of the ratification, . . . have the authority to take the action to be ratified, (2) have full knowledge of the decision to be ratified, and (3) make a detached and considered affirmation of the earlier decision." *Kajmowicz*, 42 F.4th at 147–48 (cleaned up). Mr. Frazer has the authority to ratify the Memorandum. As the lawful U.S. Attorney—*see* ECF 327 at 1 ("Mr. Frazer's appointment as United States Attorney complied with the requirements of section 546(d), and he is lawfully serving in that Office.")—he has the authority to "prosecute for all offenses against the United States," 28 U.S.C. § 547. He is familiar

- 2 -

with the facts of the case, has reviewed the Memorandum and, in his independent judgment, concurs with the positions AUSAs Lou, Specht, and Webman took in the Memorandum. The ratification, which Mr. Frazer has indicated through his signature on this letter, should remove any doubt of the validity of the Memorandum.

Respectfully submitted,


*s/ Robert Frazer*
ROBERT FRAZER
United States Attorney


*s/ Aaron L. Webman*
Elaine K. Lou
Matthew Specht
Aaron L. Webman
Assistant U.S. Attorneys


cc (via ECF): counsel of record