Law Offices of Doug Passon PC
LAW LIKE YOU'VE NEVER SEEN

**10565 N. 114th St., SUITE 101**
**SCOTTSDALE, AZ 85259**

**DOUG PASSON**
**Attorney**

**480-448-0086**
**(Fax) 480-448-8948**
**(800) 846-3909**
**doug@dougpassonlaw.com**

November 17, 2026

Hon. Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank R. Lautenberg Post Office
and U.S. Courthouse
Newark, New Jersey 07101

Re: *United States v. Naviwala*, No. 2:24-CR-99

Dear Judge Farbiarz:

Today the Third Circuit denied Mr. Naviwala's petition for rehearing and rehearing en banc. *United States v. Naviwala,* No. 26-1896, Order (3d Cir. Nov. 17, 2026), Dkt. No. 23. On April 27, 2026, Your Honor indicated that he would "permit the filing of supplemental Rule 29/33 materials, but they will likely be relatively short (likely no more than 10 pages) and will likely be due soon (likely 5-7 calendar days after any appeal is dismissed)." ECF Doc. 355.

In light of my current work load and the fact that next week is Thanksgiving, I respectfully suggest that Your Honor set the following briefing schedule and page limits as to any supplemental Rule 29/33 materials. I am requesting 15 pages in light of, among other things, an intervening Supreme Court case—*Abouammo v. United States*, 608 U.S. 597 (2026)—that is on-point regarding venue.

Defendant's Supplemental Rule 29/33 Motion due on or before Monday, November 30, 2026. The motion shall not exceed 15 pages.

The Government's Response due on or before Monday, December 14, 2026. The response shall not exceed 15 pages.

Defendant's Reply due on or before Monday, December 21, 2026. The reply shall not exceed five pages.

Finally, I wish to make Your Honor aware that Mr. Naviwala will be moving for bond pending appeal should his Rule 29/33 motions be denied.

Respectfully submitted,

Doug A. Passon
Attorney for Raheel Naviwala

cc: Counsel of Record (via ECF)