**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*

*973-645-2700*

November 17, 2026

**VIA ECF**
Hon. Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office
& U.S. Courthouse
Newark, New Jersey 07102

Re: *United States v. Raheel Naviwala*, Crim. No. 24-99 (MEF)

Dear Judge Farbiarz:

The United States writes in response to Naviwala's November 17, 2026 letter. ECF No. 340. The United States does not oppose Naviwala's proposed briefing schedule, but it does oppose his request to file a supplemental motion of 15 pages and asks the Court to impose the limit it indicated in its April 27, 2026 text order. *See* ECF No. 335 ("The Court will permit the filing of supplemental Rule 29/33 materials, but they will likely be relatively short (likely no more than 10 pages) . . . .")

The Government renews its request in its October 13, 2026 letter for the Court to "require Naviwala to provide sworn assurances that he is not dissipating assets and that he has truthfully disclosed to Probation every asset he owns, constructively owns or has transferred or sold since the jury verdict." ECF No. 338.

The United States thanks the Court for its consideration.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

Elaine K. Lou
Aaron L. Webman
Assistant U.S. Attorneys

cc: Counsel of Record (via ECF)